1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   MARTIN GALVAN GOMEZ,                    1:04-cv-06282-AWI-DLB (HC)

12            Petitioner,
                                            ORDER GRANTING EXTENSION OF
13   vs.                                    TIME

14   STUART J. RYAN,                         (DOCUMENT #18)

15            Respondent.
                                    /
16

17        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On August 14, 2007, petitioner filed a motion for extension of time to file objections to

19   the Findings and Recommendations.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Petitioner is granted thirty days from the date of service of this order in which to file his

22   objections.

23

24        IT IS SO ORDERED.

25        Dated:   **August 30, 2007**          _____**/s/ Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28